# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Willian Yuquilema Llumi,

Petitioner,

v.

Todd Lyons, Kristi Noem, Pamela Bondi,
Executive Office for Immigration Review,
David Easterwood,

Respondents

## JUDGMENT IN A CIVIL CASE

Case Number: 26cv823 KMM/JFD

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Jose Y.L.'s Petition for a Writ of Habeas Corpus (Dkt. 1) is **GRANTED**.
2. The Court **DECLARES** that Jose Y.L. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.
3. The Court **ORDERS** Respondents to release Jose Y.L. in Minnesota as soon as possible, **with all of his personal effects seized during his arrest, including but not limited to immigration paperwork, and without conditions**.
4. Further, the Court **ORDERS** Respondents file a notice on ECF **by no later than 5:00 PM on Tuesday, February 3, 2026**, certifying that Jose Y.L. has been returned to Minnesota and released. If Jose Y.L. has not been released by that time, then Respondents shall advise the Court about the reasons his release has not occurred, and the specific steps Respondents are undertaking to ensure his immediate release in Minnesota.

Date: 2/2/26

KATE M. FOGARTY, CLERK